UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SANTOS ALFREDO AGUILAR RIVERA

v.

JOHN TSOUKARIS, Field Office Director of Enforcement Department of Homeland Security; TODD BLANCHE, United States Attorney General; DAVID J VENTURELLA, Director, United States Immigration and Customs Enforcement, U.S. DEPARTMENT OF HOMELAND SECURITY; WARDEN, Elizabeth Detention Facility,

**HABEAS CORPUS**
**Case No.: 26-cv-13893-GC**

PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

To the Honorable Georgette Castner, United States District Judge:

Petitioner, Santos Alfredo Aguilar Rivera, by and through undersigned counsel, respectfully submits this notice to inform the Court that the subject habeas petition has been rendered moot following Petitioner's release from custody.

On October 27, 2026, the Department of Homeland Security (DHS) issued a Form I-830 (Notice to Deliver Alien / Custody Determination) authorizing Petitioner's release from immigration detention under a $7,500 bond. Petitioner has posted the bond and has been officially released from DHS custody.

Since Petitioner has obtained the relief sought in his Petition for Writ of Habeas Corpus—namely, release from custody—the underlying controversy is now resolved. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner respectfully requests that this action be dismissed without prejudice and that the case be closed.

Dated: October 28, 2026

Respectfully Submitted,

/s/ Steven Ashur
Steven Ashur

It is So Ordered this 29th day of October, 2026. The Clerk's Office is directed to CLOSE this case.

Georgette Castner
GEORGETTE CASTNER, U.S.D.J.

U.S. Immigration and Customs Enforcement

**Event No: NEW2710002187**

# NOTICE TO EOIR: ALIEN ADDRESS

Date: October 27, 2026

To: Enter Name of BIA or Immigration Court I-830 ELIZABETH DETENTION CENTER

Enter BIA or Immigration Court Three Letter Code@usdoj.gov ELZ

From: Enter Name of ICE Office ERO - Elizabeth, NJ Detention Center,Sub Office

Enter Street Address of ICE Office U.S. IMMIGRATION & CUSTOMS ENFORCEMENT DRO - Elizabeth, NJ Sub Office 625 EVANS STREET

Enter City, State and Zip Code of ICE Office ELIZABETH, NJ 07201

Respondent: Enter Respondent's Name AGUILAR RIVERA, SANTOS ALFREDO

Alien File No: Enter Respondent's Alien Number 222 575 177

This is to notify you that this respondent is:

☐ Currently incarcerated by federal, state or local authorities. A charging document has been served on the respondent and an Immigration Detainer-Notice of Action by the ICE (Form I-247) has been filed with the institution shown below. He/she is incarcerated at:

Enter Name of Institution where Respondent is being detained ______

Enter Street Address of Institution where Respondent is being detained ______

Enter City, State and Zip code of Institution where Respondent is being detained ______

**Enter Respondent's Inmate Number** ______

His/her anticipated release date is Enter Respondent's Anticipated Release Date. ______

☐ Detained by ICE on **Enter Date Respondent was Detained by ICE** at: ______

Enter Name of ICE Detention Facility where Respondent is being detained ______

Enter Street Address of ICE Detention Facility where Respondent is being detained ______

Enter City, State and Zip Code of ICE Detention Facility where Respondent is being detained ______

☐ Detained by ICE and transferred on **Enter Date Respondent was transferred** to: ______

Enter Name of ICE Detention Facility where Respondent has been transferred ______

Enter Street Address of ICE Detention Facility where Respondent has been transferred ______

Enter City, State and Zip Code of ICE Detention Facility where Respondent has been transferred ______

☒ Released from ICE custody on the following condition(s):

- ☐ Order of Supervision or Own Recognizance (Form I-220A)
- ☐ Bond in the amount of Enter Dollar Amount of Respondent's Bond
- ☐ Removed, Deported, or Excluded
- ☒ Other Subject released on Bond.

Upon release from ICE custody, the respondent reported his/her address and telephone number would be:

Enter Respondent's Street Address 228 N Day St

Enter Respondent's City, State and Zip Code Orange, NJ 07050

Enter Respondent's Telephone Number (including area code) ______

☐ I hereby certify that the respondent was provided an EOIR-33 Form and notified that they must inform the Immigration Court of any further change of address.

ICE Official: Enter Your First, Last Name and Title Deportation Officer W.13553 LANE

EOIR - 1 of 1